IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No: 25-42829-MXM |
| § | | |
| MARTIN ROMERO, xxx-xx-6960 § | | Chapter 13 |
| 1801 PROVINE ST § | | |
| FORT WORTH, TX  76103 § | | Court Hearing: Thursday, October 16, 2025 at 8:30 AM |
| § | | |
| Debtor § | | |

# NOTICE OF
# DEADLINE FOR OBJECTION TO CONFIRMATION

**September 30, 2025** is the last day for filing Objection**s** to Confirmation of Debtor's Chapter 13 Plan filed on or about August 01, 2025.  Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX  76102.**

## CONFIRMATION HEARING

If an Objection to Confirmation of  Debtor's Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, October 16, 2025** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 128, Fort Worth, TX  76102 or by WebEx at: https://us-courts.webex.com/meet/Mullin, Meeting ID: 2310 650 8783 (for Telephone Dial-In 1-650-479-3207).**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2023-04 governs Chapter 13 cases in the Northern District of Texas.  A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
Website:  www.13network.com

## CERTIFICATE OF SERVICE

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before September 09, 2025.

/s/ Tim Truman
Tim Truman

**ELECTRONIC SERVICE:**

RON ROBERTS, 2000 E LAMAR #780, ARLINGTON, TX  76706

MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX  75075

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

**BY FIRST CLASS MAIL:**

ADVANTAGE ON BEHALF OF,  Attn: Officer/President, DEPT OF ED LOAN SERVICES,  PO BOX 300001,  GREENVILLE, TX  75403

ATTORNEY GENERAL OF TEXAS,  Attn: Officer/President, CHILD SUPPORT DIVISION,  PO BOX 18418,  AUSTIN, TX  78760-0000

CAINE AND WEINER,  Attn: Officer/President, 12005 FORD RD #300,  DALLAS, TX  75234

CINTAS,  Attn: Officer/President, C/O TAYLOR TAYLOR AND RUSSELL,  2777 ALLEN PKWY STE 1000,  HOUSTON, TX  77019

CITIBANK,  Attn: Officer/President, 5800 S CORPORATE PL,  SIOUX FALLS, SD  57108-0000

CPI,  Attn: Officer/President, 29 N CONNOR,  SHERIDAN, WY  82801

DEPARTMENT OF VETERANS AFFAIRS,  Attn: Officer/President, ONE VETERANS PLAZA,  701 CLAY AVE,  WACO, TX  76799

DEUTSCHE BANK,  Attn: Officer/President, WELLS FARGO BANK,  1 HOME CAMPUS MAC# F2302-04C,  DES MOINES, IA  50328-0000

DEUTSCHE BANK NATIONAL TRUST,  Attn: Officer/President, WELLS FARGO BANK,  PO BOX 1629,  MAC #N9286-01Y,  MINNEAPOLIS, MN  55440-0000

DIRECTV,  Attn: Officer/President, 4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000

DIRECTV,  Attn: Officer/President, PO BOX 5072,  CAROL STREAM, IL  60197-0000

FAMSA INC,  Attn: Officer/President, 2655 VILLA CREEK DR,  FARMERS BRANCH, TX  75234

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

KOHLS,  Attn: Officer/President, PO BOX 3043,  MILWAUKEE, WI  53201

LAWRENCE AND MARY GILES,  Attn: Officer/President, 6921 CALENDER ROAD,  ARLINGTON, TX  76001

LINEBARGER GOGGAN BLAIR ET AL,  Attn: Officer/President, 100 THROCKMORTON #1700,  FT WORTH, TX  76102-0000

M&T BANK,  Attn: Officer/President, 626 COMMERCE DR,  AMHERST, NY  14228-0000

MARTIN ROMERO,  1801 PROVINE ST,  FORT WORTH, TX  76103-0000

PIERSON BEHR,  Attn: Officer/President, 1521 N COOPER ST STE 750,  ARLINGTON, TX  76011

SYNCHRONY BANK,  Attn: Officer/President, PO BOX 71778,  PHILADELPHIA, PA  19176-0000

TARRANT COUNTY TAX COLLECTOR,  Attn: Officer/President, DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196

UNITED STATES ATTORNEY,  CIVIL PROCESS CLERK,  1100 COMMERCE ST #300,  DALLAS, TX  75242

US ATTORNEY GENERAL,  US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530

US DEPT OF HUD,  Attn: Officer/President, 307 W 7TH ST #1000,  FORT WORTH, TX  76102-0000