**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**(817) 770-8500**
**Fax (817) 770-8511**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No: 25-42829-MXM** |
| **MARTIN ROMERO** | **Court Hearing:** |
| | **Time & Date: 8:30 AM on** |
| **Debtor,** | **Thursday, November 20, 2025** |

**TRUSTEE'S AMENDED OBJECTION TO CONFIRMATION**

**TO THE HONORABLE MARK X MULLIN, U.S. BANKRUPTCY JUDGE:**

Now comes Tim Truman, the Standing Chapter 13 Trustee, and files this his "Trustee's Amended Objection to Confirmation" of the Plan heretofore filed herein by Debtor, and for the same would respectfully show the Court as follows:

In addition to the grounds alleged in the previous objection, which are incorporated herein by reference, the Trustee objects to Confirmation of the Plan for the following reason(s):

The Plan fails to meet the "feasibility" requirements of 11 U.S.C. Section 1325 (a) (6) of the Bankruptcy Code. In this regard, the Trustee would show that the Debtor's proposed Plan provides for the following plan payments:

**DEBTOR PAY SCHEDULE NO. 1** (MARTIN ROMERO)

PAYMENTS BEGINNING: 08/31/2025 FOR 60 MONTHS IN THE AMOUNT OF: $550.00

The Debtor's monthly surplus per Schedules I and J is $614.75. Therefore, the Plan does not appear to be feasible for that reason, and for the following reason(s) if any:

Need 25 YTD Bus P&L/24 Tax Return for pers/bus. Mtg payments for additional properties not on sched J. Bus Inc does not list gross income and bus expenses.

The Plan fails to meet the "disposable income" requirements of 11 U.S.C. Section 1325 (b) (1) (B) since the Plan does not propose to pay all of the Debtor's disposable income for the applicable commitment period to the Debtor's unsecured creditors.

The Plan provides for an unsecured creditors' pool ("the pool") of $0.00. The Trustee has calculated a pool of $4,454.28 based on a monthly disposable income of $123.73 over a 36 month applicable commitment period, with the following add-backs, if any:

None

The Debtor has failed to meet the requirements of 11 U.S.C. Section 1325(a)(9). The Trustee would show, on information and belief, that the Debtor has not filed all applicable federal, state, and local tax returns as required by Section 1308 of the Bankruptcy Code. As of the date of the 341 meeting on 09/10/2025 the returns for the following tax years have not been filed, based on the Estimated Tax Claim filed by the Internal Revenue Service: **2019, 2020, 2021, 2022, 2023,**. Therefore, the Trustee is unable to recommend Confirmation of the Plan.

The Trustee would show that the Debtor has not provided to the Trustee their federal income tax return for the calendar year **2019, 2020, 2021, 2022, 2023, 2024,** and thereby has failed to cooperate with the Trustee as required by Section 521(a)(3) of the Bankruptcy Code. Therefore, the Trustee is unable to recommend Confirmation of the Plan.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that said Plan not be confirmed unless and until it has been modified to cure all objections set forth hereinabove, and for general relief.

Respectfully submitted,

By:   /s/ Angela D. Allen

Tim Truman, Bar # 20258000
Standing Chapter 13 Trustee
Angela Allen, Bar # 007869700
Staff Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Objection to Confirmation" was served on all parties listed below in the manner listed below on or before October 23, 2025.

/s/ Angela D. Allen

Tim Truman, Angela Allen

**BY FIRST CLASS MAIL:**
MARTIN ROMERO,  1801 PROVINE ST,  FORT WORTH, TX  76103-0000
**BY ELECTRONIC SERVICE:**
RON ROBERTS, 2000 E LAMAR #780, ARLINGTON, TX  76706
MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX  75075
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242