**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**(817) 498-1362 FAX**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Case No:  25-42829-MXM** |
| **MARTIN ROMERO, xxx-xx-6960** | § | |
| **Debtor** | § | **Court Hearing:Thursday, April 16, 2026** |
| | § | **at 8:30 AM** |
| | § | |
| | § | |

---

## NOTICE OF HEARING ON
## "TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS"

---

TO  ALL PARTIES IN INTEREST:

Pursuant to General Order 2026-01 Section 16(e), unless an objection is timely filed as to the amount and classification of any claim, the claim will be allowed or approved as described in the TRCC and such amount and classification will be final and binding on all parties, unless Section 502j of the Bankruptcy Code applies.

**TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT AT US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102, AND A COPY SERVED ON THE FOLLOWING PARTIES WITHIN THIRTY (30)  DAYS FROM THE DATE OF SERVICE HEREOF, OR ON OR BEFORE March 30, 2026.**

**ANY WRITTEN OBJECTION OR RESPONSE NOT RESOLVED WILL BE HEARD BY THE HONORABLE MARK X MULLIN ON  Thursday, April 16, 2026 at US Courthouse,  501 W. 10th Street,  Courtroom 128,  Fort Worth,  TX 76102.**

| | |
|---|---|
| DEBTOR: | MARTIN ROMERO, 1801 PROVINE ST, FORT WORTH, TX  76103 |
| ATTORNEY: | RON ROBERTS,  2000 E LAMAR #780,  ARLINGTON,  TX  76706 |
| COURT: | US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102 |
| TRUSTEE: | TRUSTEE'S OFFICE,  6851 N.E. Loop 820, Suite 300, North Richland Hills, TX  76180-6608 |

/s/ Tim Truman

---

Tim Truman, Trustee/State Bar # 20258000
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

CASE NO:  25-42829-MXM                                                                                           Page 2

MARTIN ROMERO

Trustee's Recommendation Concerning Claims, and Plan Modification

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and correct copy of the above and foregoing "Notice of Hearing on Trustee's Recommendation Concerning Claims" and a copy of the attached "Trustee's Recommendation Concerning Claims" was served on the parties listed below in the manner listed below on or before February 27 , 2026.

/s/ Tim Truman
_____

Tim Truman, Trustee/State Bar # 20258000

**BY FIRST CLASS MAIL:**

AIDVANTAGE,  Attn: Officer/President, C/O DEPT OF ED LOAN,  PO BOX 4450,  PORTLAND, OR  97208-0000

AIDVANTAGE,  Attn: Officer/President, DEPT OF ED LOAN SERVICES,  PO BOX 300001,  GREENVILLE, TX  75403-0000

ATTORNEY GENERAL OF TEXAS,  Attn: Officer/President, CHILD SUPPORT DIVISION,  PO BOX 18418,  AUSTIN, TX  78760-0000

CAINE AND WEINER,  Attn: Officer/President, 12005 FORD RD #300,  DALLAS, TX  75234

CINTAS,  Attn: Officer/President, C/O TAYLOR TAYLOR AND RUSSELL,  2777 ALLEN PKWY STE 1000,  HOUSTON, TX  77019

CITIBANK,  Attn: Officer/President, 5800 S CORPORATE PL,  SIOUX FALLS, SD  57108-0000

CPI,  Attn: Officer/President, 29 N CONNOR,  SHERIDAN, WY  82801

DEPARTMENT OF VETERANS AFFAIRS,  Attn: Officer/President, ONE VETERANS PLAZA,  701 CLAY AVE,  WACO, TX  76799

DEUTSCHE BANK,  Attn: Officer/President, WELLS FARGO BANK,  1 HOME CAMPUS MAC# F2302-04C,  DES MOINES, IA  50328-0000

DEUTSCHE BANK NATIONAL TRUST,  Attn: Officer/President, WELLS FARGO BANK,  PO BOX 1629,  MAC #N9286-01Y,  MINNEAPOLIS, MN  55440-0000

DIRECTV,  Attn: Officer/President, 4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000

DIRECTV,  Attn: Officer/President, PO BOX 5072,  CAROL STREAM, IL  60197-0000

FAMSA INC,  Attn: Officer/President, 2655 VILLA CREEK DR,  FARMERS BRANCH, TX  75234

INTERNAL REVENUE SERVICE,  Attn: Officer/President, PO BOX 7317,  PHILADELPHIA, PA  19101

INTERNAL REVENUE SERVICE,  Attn: Officer/President, PO BOX 7346,  PHILADELPHIA, PA  19101

KOHLS,  Attn: Officer/President, PO BOX 3043,  MILWAUKEE, WI  53201

LAWRENCE AND MARY GILES,  Attn: Officer/President, MARY GILES,  3865 MILLER AVE,  FORT WORTH, TX  76119-0000

LINEBARGER GOGGAN BLAIR & SAMPSON LLP,  Attn: Officer/President, 3500 MAPLE AVE #800,  DALLAS, TX  75219-0000

LINEBARGER GOGGAN BLAIR ET AL,  Attn: Officer/President, 100 THROCKMORTON #1700,  FT WORTH, TX  76102-0000

M&T BANK,  Attn: Officer/President, 626 COMMERCE DR,  AMHERST, NY  14228-0000

MARTIN ROMERO,  Attn: Officer/President, 1801 PROVINE ST,  FORT WORTH, TX  76103-0000

PIERSON BEHR,  Attn: Officer/President, 2221 E LAMAR BLVD #800,  ARLINGTON, TX  76006-0000

SYNCHRONY BANK,  Attn: Officer/President, PO BOX 71778,  PHILADELPHIA, PA  19176-0000

TARRANT COUNTY TAX COLLECTOR,  Attn: Officer/President, DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196

UNITED STATES ATTORNEY,  Attn: Officer/President, CIVIL PROCESS CLERK,  1100 COMMERCE ST #300,  DALLAS, TX  75242

US ATTORNEY GENERAL,  Attn: Officer/President, US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530

US DEPT OF HUD,  Attn: Officer/President, 307 W 7TH ST #1000,  FORT WORTH, TX  76102-0000

**ELECTRONIC SERVICE:**

RON ROBERTS, 2000 E LAMAR #780, ARLINGTON, TX  76706

MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX  75075

LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

CASE NO: 25-42829-MXM                                                                  Page 3
MARTIN ROMERO
Trustee's Recommendation Concerning Claims, and Plan Modification

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No: 25-42829-MXM** |
| **MARTIN ROMERO, xxx-xx-6960** | § | |
| **1801 PROVINE ST** | § | |
| **FORT WORTH, TX 76103** | § | **Chapter 13** |
| **Debtor** | § | |
| | § | |
| | § | |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS**

The Trustee hereby recommends allowance of the following claims in Section III . (Claims listed in Sections I and II are for information only.)

CLAIMANTS RECEIVING THIS RECOMMENDATION SHOULD LOCATE THEIR NAMES AND CLAIMS HEREIN .

**I.**

**NO PRIORITY OR GENERAL UNSECURED PROOF OF CLAIM FILED**

The following priority and general unsecured creditors were scheduled by the Debtor and no Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002 (a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002 (c) has passed. Any such claim provided for in the confirmed or modified plan will not be paid by the Trustee until a proof of claim is filed . Any late filed claim will be paid pursuant to the Order of Payment for a late filed claim as stated in the confirmed Plan , or by further Order of the Court.

| T'EE CLAIM # | CREDITOR'S NAME | SCHEDULED CLASS | SCHEDULED AMOUNT |
|---|---|---|---|
| 5 | CAINE AND WEINER | UNSECURED | $153.00 |
| 6 | CINTAS | UNSECURED | $0.00 |
| 7 | CITIBANK | UNSECURED | $811.00 |
| 8 | CPI | UNSECURED | $964.00 |
| 9 | FAMSA INC | UNSECURED | $0.00 |
| 10 | KOHLS | UNSECURED | $235.00 |
| 11 | M&T BANK | UNSECURED | $0.00 |
| 12 | PIERSON BEHR | UNSECURED | $2,500.00 |
| 13 | SYNCHRONY BANK | UNSECURED | $500.00 |
| 14 | SYNCHRONY BANK | UNSECURED | $255.00 |

**II.**

**NO SECURED CLAIM FILED**

The following secured creditors were scheduled by the Debtor and no Proof of Claim has been filed by them or on their behalf . The "bar date" for filing claims pursuant to Bankruptcy Rule 3002 (c) has passed. Any such claim provided for in the confirmed or modified plan will not be paid by the Trustee until a proof of claim is filed . Any late filed claim will be paid pursuant to the Order of Payment for a late filed claim as stated in the confirmed Plan , or by further Order of the Court.

**\*\*\* NONE \*\*\***

CASE NO:  25-42829-MXM                                                                      Page 4
MARTIN ROMERO
Trustee's Recommendation Concerning Claims, and Plan Modification

## III.

### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWABLE CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount (s) and in the class(es) as listed below:
(NOTE:  Value, treatment and interest rate were determined at confirmation.  "Value" , "Interest Rate", and "Treatment"  are shown below for information only.)

| CLAIM # | PRE-PETITION ARREARS CLASS | COLLATERAL | CLAIM AMOUNT | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 5 | LAWRENCE AND MARY GILES | 4816 & 4820 WICHITA ST/ARRS | $30,612.62 | 0.00% | $578.00 PER MO-TR |
| 1 | DEUTSCHE BANK | 900 CONNER AVE/ARRS | $4,111.90 | 0.00% | PRO RATA-TR |

| CLAIM # | SECURED CLASS | COLLATERAL | CLAIM AMOUNT | VALUE | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|---|
| 5 | LAWRENCE AND MARY GILES | 4816 & 4820 WICHITA ST/CURRENT | $184,768.03 | | | DIRECT-DR |
| 1 | DEUTSCHE BANK | 900 CONNER AVE/CURRENT | $16,122.40 | | | DIRECT-DR |
| 4 | TARRANT COUNTY TAX COLLECTOR | HOMESTEAD/25 | $5,612.65 | $356,124.00 | | DIRECT-DR |
| 4 | TARRANT COUNTY TAX COLLECTOR | 900 CONNER AVE/25 | $3,331.59 | $148,474.00 | | DIRECT-DR |
| 4 | TARRANT COUNTY TAX COLLECTOR | 4820 WICHITA ST/25 | $762.16 | $75,480.00 | | DIRECT-DR |
| 4 | TARRANT COUNTY TAX COLLECTOR | 4816 WICHITA ST/25 | $5,528.92 | $246,400.00 | | DIRECT-DR |
| 4 | TARRANT COUNTY TAX COLLECTOR | BPP/25 | $246.83 | $11,000.00 | | DIRECT-DR |

| CLAIM # | PRIORITY CLASS | COLLATERAL | CLAIM AMOUNT | TREATMENT |
|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | TAXES/AMD TO $0.00 | $0.00 | PRO RATA-TR |

| CLAIM # | UNSECURED SPECIAL CLASS | CLAIM AMOUNT | COMMENT |
|---|---|---|---|
| 6 | AIDVANTAGE | $5,279.61 | STUDENT LOAN |

| CLAIM # | UNSECURED CLASS | CLAIM AMOUNT | COMMENT |
|---|---|---|---|
| 2 | DIRECTV | $198.75 | |

## IV.

### OBJECTIONS PENDING OR CLAIM DISALLOWED

The following claims are not deemed allowed because there are objections pending or the claim has been disallowed by the Court:

CASE NO:  25-42829-MXM                                                                                    Page 5
MARTIN ROMERO
Trustee's Recommendation Concerning Claims, and Plan Modification

**\*\*\* NONE \*\*\***

**V.**

**PLAN IS  INSUFFICIENT**

**The Plan is Insufficient for the following reason (s):**

1.  The Plan proposes a Base Amount of  $49,165.00 .

2.  The Trustee calculates the Base Amount should be $51 ,775.00.

3.  A Debtor Plan Modification is needed to provide sufficient funds to fully pay the unsecured creditors' pool and/or equity in non-exempt property.

The Trustee may file a Motion to Dismiss unless Debtor files a Plan Modification and/or Objection to Claim (s) within 21 days.

Respectfully submitted,
Office of the Chapter 13 Trustee, Fort Worth, TX

/s/ Tim Truman
Tim Truman, Trustee
State Bar # 20258000

Dated:  February 26, 2026