

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 17, 2026**

_____
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | **CASE NUMBER: 25-42829-MXM** |
| MARTIN ROMERO | § § | **CHAPTER 13** |
| DEBTOR | § § | **JUDGE MARK X MULLIN** |

**ORDER APPROVING MODIFIED PLAN**

AT FORT WORTH IS SAID DISTRICT:

Came on for consideration the "Modification of Plan After Confirmation" ("Modification") filed by Debtor on or about May 12 , 2026 [Docket # 55].  The Court finds that notice was and is appropriate under the circumstances .

As evidenced by the Trustee's signature below , the Trustee, Debtor, and any other party who has objected have all agreed to approval of the Modified Plan with the below changes which do not adversely affect any other party .

The Court is of the opinion that the Modification filed on or about  May 12 , 2026 should be APPROVED, subject to the following changes:

THE PLAN BASE SHALL BE CHANGED TO $48,454.11 IN 9 MONTHS.

Case No. 25-42829-MXM                                                    MARTIN ROMERO

CURE PLAN ARREARS TO THE TRUSTEE THROUGH APRIL 2026 .

All other proposed plan modification changes remain the same .

**IT IS THEREFORE ORDERED** that the Modification is APPROVED with the above changes .

**IT IS FURTHER ORDERED,** that no additional attorney fees are approved unless or until a Notice of Additional
Fees, with no timely objection, has been filed.

*/s/ Pam Bassel, Trustee*
Pam Bassel, Trustee

# # # End of Order # # #