DAVIS, ERMIS & ROBERTS, P.C.
2000 E. Lamar Blvd., Ste. 780
Arlington, Texas 76006
(817) 265-8832 Telephone
(972) 262-3264 Facsimile
Attorneys for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-42829-MXM-13** |
| | § | |
| **MARTIN ROMERO** | § | |
| | § | **Hearing Date: 10/29/2026** |
| | § | |
| | § | |
| **DEBTOR(S)** | § | **Time: 1:30 P.M.** |

## NOTICE OF HEARING

**TO ALL PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE**, that a hearing on the Certification and Motion for Discharge filed by the Debtor is scheduled to be heard on October 29, 2026 at 1:30 p.m. in front of the **Honorable MARK X. MULLIN** via video conference at:

**https://us-courts.webex.com/meet/mullin**

Meeting Number: **2310-650-8783**

Creditors are not required to attend this hearing unless there is opposition to this Motion.

Respectfully submitted,

/s/ Craig D. Davis
RONALD W. ROBERTS
State Bar No. 17018600
CRAIG D. DAVIS
State Bar No. 00793588
JEFFREY W. ERMIS
State Bar No. 24032159
2000 E. Lamar Blvd., Ste. 780
Arlington, Texas 76006
(817) 265-8832 Telephone
(972) 262-3264 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was this the September 14, 2026, served upon all parties-in-interest via ECF and/or First Class Mail.

Clayton L. Everett
Norred Law PLLC
515 E. Border St.
Arlington, TX 76010

/s/ Craig D. Davis
RONALD W. ROBERTS
CRAIG D. DAVIS
JEFFREY W. ERMIS