United States Bankruptcy Court

Northern District of Texas

In re: Case No. 25-42829-mxm
Martin Romero Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 3
Date Rcvd: Oct 02, 2026 Form ID: pdf013 Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin Romero, 1801 Provine Street, Fort Worth, TX 76103-1921 |
| 22712518 | | Caine & Weaver Company, 12005 Ford Road 300, 12005 Ford Rd 300, Dallas, TX 75234-7262 |
| 22712519 | + | Cintas, c/o Taylor Taylor & Russell, 2777 Allen Parkway, Ste. 1000, Houston, TX 77019-2165 |
| 22712522 | | Davis, Ermis & Roberts P.C., 2000 E Lamar Blvd Ste 780, Arlington, TX 76006-7341 |
| 22712528 | | Lawrence and Mary Giles, 3865 Miller Avenue, Fort Worth, TX 76119 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 02 2026 13:13:00 | Tarrant County, C/O Camille Stecker, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 02 2026 13:10:46 | Wells Fargo Bank, N.A., P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 22712516 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 02 2026 13:10:46 | Advantage on behalf of, Dept of Ed Loan Services, Po Box 300001, Greenville, TX 75403-3001 |
| 23019255 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 02 2026 13:10:03 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 22712517 | | Email/Text: stratos.apostolou@oag.texas.gov | Oct 02 2026 13:12:00 | Attorney General of Texas CSD, Po Box 18418, Austin, TX 78760-8418 |
| 22712521 | + | Email/Text: banko1@cpicollects.com | Oct 02 2026 13:13:00 | CPI, Attn: Bankruptcy, 29 N Connor, Sheridan, WY 82801-4306 |
| 22712520 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2026 13:21:01 | Citibank, N.A., 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |
| 22712522 | | Email/Text: der.notices@yahoo.com | Oct 02 2026 13:13:00 | Davis, Ermis & Roberts P.C., 2000 E Lamar Blvd Ste 780, Arlington, TX 76006-7341 |
| 22737487 | | Email/PDF: ais.dtv.ebn@aisinfo.com | Oct 02 2026 13:10:36 | Direct TV, LLC, by American InfoSource as agent, P.O. Box 5072, Carol Stream, IL 60197-5072 |
| 22737307 | | Email/PDF: ais.dtv.ebn@aisinfo.com | Oct 02 2026 13:10:21 | Directv, LLC, by AIS InfoSource LP as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 22712523 | | Email/Text: Bankruptcy.Court@famsa.com | Oct 02 2026 13:11:00 | Famsa Inc, Attn: Bankruptcy, 2655 Villa Creek, Farmers Branch, TX 75234 |
| 22712524 | | Email/PDF: OGCRegionVIBankruptcy@hud.gov | Oct 02 2026 13:10:44 | HUD OGC Region VI, c/o Timothy E Freeley, 307 W 7th St Ste 1000, Fort Worth, TX 76102-5108 |
| 22712525 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 02 2026 13:12:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 22712527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 02 2026 13:10:45 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 22712529 | | Email/Text: camanagement@mtb.com | Oct 02 2026 13:13:00 | M&T Bank, Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2307 |
| 22712530 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 02 2026 13:13:00 | Office of the U.S. Trustee, 1100 Commerce St Rm 976, Dallas, TX 75242-1011 |
| 22712532 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2026 13:09:36 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 22773803 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 02 2026 13:13:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Camille Stecker, 3500 Maple Avenue, Suite 800, DALLAS, TX 75219-3959 |
| 22712534 | ^ | MEBN | Oct 02 2026 13:09:35 | VA Regional Office, One Veterans Plaza, 701 Clay Ave, Waco, TX 76799-0001 |
| 22712535 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 02 2026 13:09:42 | Wells Fargo Bank N.A., DFLT Doc Processing N9286-01Y, Po Box 1629, Minneapolis, MN 55440-1629 |
| 22716619 | + | Email/Text: mhtbkanhsselffilings@mccarthyholthus.com | Oct 02 2026 13:12:00 | Wells Fargo Bank, N.A., c/o McCarthy Holthus, LLP, 1255 West 15th Street, Suite 1060, Plano, TX 75075-4220 |
| 22728717 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Oct 02 2026 13:10:32 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC N9286-01Y, Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 22712526 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 22712533 | * | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 22712531 | ##+ | Pierson Behr, 1521 North Cooper St., Ste. 750, Arlington, TX 76011-5580 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela D. Allen | on behalf of Trustee Tim Truman angelaa@ch13ftw.com |
| Camille Stecker | on behalf of Creditor Tarrant County Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Clayton Everett | on behalf of Creditor Mary and Lawrence Giles clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Craig Douglas Davis | on behalf of Debtor Martin Romero davisdavisandroberts@yahoo.com der.notices@yahoo.com |
| Nancy L Lee | on behalf of Creditor Wells Fargo Bank N.A. mhtbkanhsselffilings@mccarthyholthus.com, nlee@mccarthyholthus.com |
| Pam Bassel (NRH) | 341docs@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Creditor Mary and Lawrence Giles warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 8

**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS 76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In Re: Case No: 25-42829-MXM

MARTIN ROMERO

Debtor

## NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Pam Bassel, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered. The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas 76102-3643 and is available for review. A summary of the report is as follows:

| | |
|---|---|
| Total Receipts | $79,554.11 |
| Administrative Disbursements * | $9,581.45 |
| Debtor Refund Disbursements | $33,824.01 |
| Secured Disbursements | $30,612.62 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $5,536.03 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---|
| Total Disbursements | $79,554.11 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

September 30, 2026

/s/ Pam Bassel

Pam Bassel, Standing Chapter 13 Trustee