Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Mary and Lawrence Giles

# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Martin Romero<br>1801 Provine Street<br>Fort Worth, TX 76103<br>SSN/ITIN: xxx-xx-6960<br><br>Debtor. | Case No. 25-42829-mxm<br><br>Chapter 13 |

## GILES'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Mary and Lawrence Giles, ("Gileses"), secured creditors, in the above-referenced Chapter 13 case, and files this Witness and Exhibit List for the hearing set in connection to the *Debtor's Certification and Motion for Entry of Chapter 13 Discharge* [Dkt. 65] filed on July 22, 2026 (the "Motion"), and respectfully shows the Court as follows:

WITNESSES:

1. Mary Giles, secured creditor;
2. Any witness on any other parties witness list.

EXHIBITS:

| EX. | DESCRIPTION | ADMITTED: Y / N |
|---|---|---|
| A. | Copies of Debtor's Post-Petition Payments to Gileses | |
| B. | Excerpts from Debtor's Chapter 13 Plan | |
| C. | Gileses Proof of Claim No. 5 | |

| | | |
|---|---|---|
| D. | Any other exhibits offered by any other party or for use as impeachment. | |

The Gileses reserve the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

DATED: October 26, 2026.

Respectfully submitted,

NORRED LAW, PLLC

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Attorney for Mary and Lawrence Giles

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, a true and correct copy of the above document shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

*Via CM/ECF to Counsel for Debtor(s)*:

Craig Douglas Davis
Davis, Ermis & Roberts, P.C.
2000 E. Lamar, Suite 780
Arlington, TX 76006

*Via US Mail to Debtor(s)*:

Martin Romero
1801 Provine Street
Fort Worth, TX 76103

*Via CM/ECF to Chapter 13 Trustee:*

Pam Bassel (NRH)
6851 N.E. Loop 820, Suite 300
N. Richland Hills, TX 76180

*Via CM/ECF to US Trustee*:

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

*/s/ Clayton L. Everett*
Clayton L. Everett