Gileses Exhibit A

**ROMERO'S AUTOMOTIVE**
4816 WICHITA ST
FORT WORTH, TX 76119

3308

37-65/1119 3545

DATE 8/19/26

PAY TO THE ORDER OF Action Transmission $ 1,611.19

One Thousand Six Hundred Eleven and 19/100 —— DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

Photo Safe Deposit®
Details on back

FOR 4816 Wichita Payment

[redacted]

Gileses Exhibit A

**PROSPERITY BANK®**

ROMERO'S AUTOMOTIVE
4816 WICHITA ST
FORT WORTH, TX 76119

3350

37-65/1119 3545

DATE 10/19/26

PAY TO THE ORDER OF Action Transmission $ 1,611.19

One Thousand Six Hundred Eleven and 19/100 DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR 4816 Wichita Payment

[redacted] 2441

10/20/2026
[redacted]2441

3350
0

1,611.19
16890931

ROMERO'S AUTOMOTIVE
4816 WICHITA ST
FORT WORTH, TX 76119

3335

37-65/1119 3545

DATE 9/21/26

PAY TO THE ORDER OF Action Transmission $ 1611.19

One thousand Six hundred Eleven & 19/100 DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR 4816 Wichita Payment

[redacted] 2441

9/25/2026
[redacted]2441

3335
0

1,611.19
15227935

Gileses Exhibit A

PROSPERITY BANK®

**ROMERO'S AUTOMOTIVE**
4816 WICHITA ST
FORT WORTH, TX 76119

3352

37-65/1119 3545

DATE 10/26/26

PAY TO THE ORDER OF Action Transmission $ 1,611.19

One Thousand Six Hundred Eleven and 19/100 — DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR 4816 Wichita Payment

[redacted] 2441⑈

| | | |
|---|---|---|
| 10/26/2026 | 3352 | 1,611.19 |
| [redacted]2441 | 0 | 17289252 |

Replacement Check
FOR 10-19-26