**DAVIS, ERMIS & ROBERTS, P.C.,**
**2000 E. Lamar Blvd., Ste. 780**
**Arlington, Texas 76006**
**(972) 263-5922 Telephone**
**(972) 262-3264 Facsimile**
**Attorney for Debtor**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-42829-mxm-13** |
| | § | |
| **MARTIN ROMERO** | § | |
| | § | |
| **DEBTORS** | § | **CHAPTER 13** |

**NOTICE OF WITHDRAWAL**
**DEBTOR'S CERTIFICATION AND MOTION FOR DISCHARGE**

**NOTICE IS HEREBY GIVEN** that the Debtor withdraws the Certification and Motion for Discharge.

Respectfully submitted,

/s/ Craig D. Davis
RONALD W. ROBERTS
State Bar No. 17018600
CRAIG D. DAVIS
State Bar No. 00793588
JEFFREY W. ERMIS
State Bar No. 24032159
2000 E. Lamar Blvd., Suite 780
Arlington, Texas 76006
(972) 263-5922 Telephone
(972) 262-3264 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Withdrawal was served upon all parties-in-interest listed on the Debtor's mailing matrix via ECF on October 29, 2026.

/s/ Craig D. Davis
RONALD W. ROBERTS
CRAIG D. DAVIS
JEFFREY W. ERMIS