CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 12, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**IN RE:**

**MARTIN ROMERO
SSN: XXX-XX-6960**

**DEBTOR**

**Case Number: 25-42829-MXM**

**Judge Mark X Mullin**

**Chapter 13**

---

## ORDER DISCHARGING STANDING TRUSTEE AND TERMINATING FURTHER LIABILITY ON BOND

---

It appearing to the Court that Pam Bassel, Standing Chapter 13 Trustee in the above-styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that she should be discharged and further liability on the said Trustee's bond with respect to this case be terminated.

**IT IS THEREFORE ORDERED:**

That Pam Bassel, Standing Chapter 13 Trustee in this case, is discharged; that she and the sureties or surety on the Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore and that such Bond is cancelled.

# # # End of Order # # #